UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILLIAM E. BRADLEY**                                                **CIVIL ACTION**

**VERSUS**                                                                   **NO. 21-261-BAJ-RLB**

**GEICO INSURANCE COMPANY**

### ORDER

A settlement conference was held on December 13, 2022. After a period of negotiations, the parties were unable to reach a resolution at this time; however, the parties will continue negotiations themselves and will contact the Court again should a follow-up settlement conference be desired.

Signed in Baton Rouge, Louisiana, on December 13, 2022.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Cv33a; T: 03:15